37 A.3d 1137

IN THE MATTER OF MARC ADAM DEITCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 039591991).

March 9, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–293, concluding that **MARC ADAM DEITCH** of **ISELIN,** who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client trust funds), *RPC* 5.3(a) and (b) (failure to supervise nonlawyer employee) and *RPC* 1.15(d) and *Rule* 1:21–6 (record-keeping violations), and good cause appearing;

It is ORDERED that **MARC ADAM DEITCH** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.